

## G. MACY NELSON
### ATTORNEY AT LAW

SUITE 803
401 WASHINGTON AVENUE
TOWSON, MARYLAND 21204

TELEPHONE
(410) 296-8166

JUDGE WILL ... ... ... FACSIMILE
(410) 825-0670

November 7, 2000

**VIA FACSIMILE & FIRST CLASS MAIL**

The Honorable William M. Nickerson
United States District Judge
United States District Court for the
  District of Maryland, Northern Division
101 West Lombard Street
Baltimore, Maryland  21201

       Re:    *Kempton v. Bay Runner Rentals, Inc.*
             Civil Action No. WMN97-2350
             *In the Matter of Bay Runner Rentals, Inc.*
             Civil Action No. WMN97-2399

Dear Judge Nickerson:

       My file indicates that Samantha Kempton is obligated to file a response to Arctic Cat's Motion to Stay Further Proceedings and to Restore Injunction against other Litigation Pending Appeal by November 8, 2000.

       I write now to request a thirty-day extension in which to file a response to that motion for two reasons.  First, I will be in South Africa between November 7 and November 27.  Second, it is my hope that my co-counsel, Peter Korn, will be able negotiate a resolution with Arctic Cat while I am gone.  If Mr. Korn and Mr. Black, counsel for Arctic Cat, are successful, Arctic Cat's motion will be moot.

       I discussed the second reason with Mr. Black and it is my understanding that he does not object to my request for an extension.

                    Very truly yours,

                    G. Macy Nelson

GMN:pwc
cc:    Peter L. Korn, Esq.
       H. Allen Black, III, Esq.
       Robert L. Ferguson, Jr., Esq.

" _APPROVED_____ " THIS _8th_ DA)
OF _November_, 2000 _____
_____
UNITED ST.... ... ... JUDGE