IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SAMANTHA KEMPTON, et al.     *
       Plaintiff(s)
                                                 *

    vs.                                          Civil Action No.: WMN-97-2350
                                                *

BAY RUNNER RENTALS, INC.
       Defendant(s)               *

                                            ******

BAY RUNNER RENTALS, etc., et    *
al.
                                              *

    vs.                                          Civil Action No.: WMN-97-2399
                                                *

SAMANTHA KEMPTON, et al.

## SETTLEMENT ORDER
## (LOCAL RULE 111)

This Court has been advised by the parties that the above actions have been settled, including all counterclaims, cross-claims, third-party claims and appeals, if any. Accordingly, pursuant to Local Rule 111 it is ORDERED that:

The actions are hereby dismissed and each party is to bear its own costs unless otherwise agreed, in which event the costs shall be adjusted between the parties in accordance with their agreement. The entry of this Order is without prejudice to the right of a party to move for good cause within 30 days to reopen these actions if settlement is not consummated. If no party moves to reopen, the dismissal shall be with prejudice.

IT IS FURTHER ORDERED that:

U.S. District Court (Rev. 5/2001)

The Clerk of the Court shall mail copies of this Order to counsel of record.

Date: 5/29/01

*William M. Nickerson*
William M. Nickerson
United States District Judge