IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BAY RUNNER RENTALS, INC., *et al.*       *

    Plaintiffs       *

v.       *      Civil No. WMN-97-2399

SAMANTHA KEMPTON, *et al.*       *

    Defendants       *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**MOTION FOR RELEASE OF FUNDS FROM REGISTRY OF COURT**

FERGUSON, SCHETELICH & BALLEW, P.A., Robert L. Ferguson, Jr., and Peter J. Basile, on behalf of TIG Insurance Company, insurer for Plaintiff Bay Runner Rentals, Inc., file this Motion for Release of Funds from the Registry of the Court, and state as follows:

    1.     This case was an admiralty matter that was adjudicated in this Court.

    2.     Plaintiff prayed limitation of its liability pursuant to the Third and Fourth Sections of the Act of Congress entitled "AN ACT TO LIMITED LIABILITY OF SHIP OWNERS AND FOR OTHER PURPOSES" passed March 3, 1851, embodied in Sections 4283, 4284, 4285 and 4286 of the Revised Statutes of the United States and statutes supplementary thereto and amendatory thereof.

    3.     In order to pursue this claim, Plaintiff deposited security in the amount of $2,000 with the Court, representing its interest in jet ski MD8308LA that was involved in the allision that gave rise to the claim asserted by the injured party, Samantha Kempton.

4. In addition, Plaintiff also deposited the amount of $1,000 as security for costs as required by Supplemental Rule F(1) in accordance with LAR(f) (see Exhibit 1).

5. On or about May 29, 2001, the Court signed a Settlement Order effectively dismissing the case with prejudice (Exhibit 2).

6. It has recently come to the undersigned's attention that the sums deposited with the Court were still held in the Registry of the Court.

7. Plaintiff respectfully requests that the $3,000 in funds currently held in the Registry of the Court be released to Plaintiff's counsel and that the draft be made payable to TIG Insurance Company, Plaintiff's insurer, which advanced the costs on behalf of Plaintiff.

WHEREFORE, this claim having been settled and dismissed, FERGUSON, SCHETELICH & BALLEW, P.A., on behalf of TIG Insurance Company, respectfully requests that the amount deposited with the Court as security for the value of the vessel and for costs be released from the Registry of the Court and disbursed to TIG Insurance Company c/o Ferguson, Schetelich & Ballew, P.A.

FERGUSON, SCHETELICH & BALLEW, P.A.

By: _____
Robert L. Ferguson, Jr. (#00777)
Peter J. Basile (#10405)
100 S. Charles Street, Suite 1401
Baltimore, MD 21201-2725
(410) 837-2200
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of July 2007, a copy of the foregoing Motion was mailed, first class, postage prepaid, to:

G. Macy Nelson, Esquire
Law Office of G. Macy Nelson
401 Washington Avenue, Suite 803
Towson, MD 21204

H. Allen Black, III, Esquire
Winston & Strawn, LLP
1700 K Street, NW
Washington, DC 20006

Peter L. Korn, Esquire
McDonough, Korn, Eichhorn & Schorr
Park Place Legal Center
959 S. Springfield Avenue
P.O. Box 712
Springfield, NJ 07081-0712

_____
Peter J. Basile