9121. 3805
RECEIVED U.S. MARSHAL BALTIMORE, MD.
JUL 25 1 15 PM '97

UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

In the matter of the Complaint of BAY RUNNER RENTALS, INC. Owner of a certain Tiger Shark Jet ski serial no.: ARJ01063J495 *

*Plaintiff* * CIVIL ACTION NO. WMN 97-2399

For Exoneration From or Limitation of Liability *

* * * * * * * *

AMENDED ORDER IN RESPECT TO PROOF OF CLAIMS, DIRECTING NOTICE TO ISSUE, STAYING SUITS AND ENJOINING SUITS

A Verified Complaint having heretofore been filed by Bay Runner Rentals, Inc., as owner of one Tiger Shark Jet Ski, serial no. ARJ01063J495, bearing Maryland registration no. MD8308LA, praying limitation of its liability pursuant to the Third and Fourth Sections of the Act of Congress entitled, "An Act to Limit Liability of Ship Owners and For Other Purposes;" passed March 3, 1851, now embodied in §§ 4283, 4284, 4285 and 4286 of the Revised Statutes of the United States and statutes supplementary thereto and amendatory thereof, and also contesting its liability independent of the limitation of liability claimed under the said Acts for any and all loss, damages, or destruction resulting from the allision involving the aforesaid jet ski MD8308LA on Assawoman Bay in Ocean City, Maryland, on or about July 19, 1995, as more fully described in the Verified Complaint, and the Verified Complaint also alleging the facts and circumstances on which exoneration from or limitation of liability are claimed; and the Plaintiff having duly



deposited its security in the amount of $2,000 with this Court representing its interest in the aforesaid jet ski MD8308LA following the aforesaid allision; and the Plaintiff having also deposited the amount of $1,000 as security for costs as required by Supplemental Rule F(1) in accordance with LAR(f); and it appearing that claims have been made against Plaintiff for loss, damage, injury alleged to have been incurred in consequence of the aforesaid allision:

It is now, on Motion by the attorneys for Plaintiff, this 25th day of July, 1997, by the United States District Court for the District of Maryland,

ORDERED:

1. That a Notice issue out of and under the seal of this Honorable Court against all persons claiming damages for any and all losses, damages or injuries occasioned by or resulting from the allision involving the jet ski MD8308LA on or about July 19, 1995, as is more fully described in the Verified Complaint filed herein, citing them to file their respective claims with the Clerk of this Honorable Court and to serve on or mail to the attorneys for the Plaintiff a copy thereof on or before the 2ND day of September ______, 1997, subject to the right of any person claiming damages as aforesaid who shall have filed his or her claim under oath to controvert or question any other claim and with liberty also to any such person to Answer the Verified Complaint.

2. That the aforesaid Notice be published once in each week for four successive weeks in *The Baltimore Sun* newspaper published in the City of Baltimore, State of

Maryland and circulated in Ocean City, Maryland and otherwise as provided by Supplemental Rule F for Certain Admiralty and Maritime Claims and by LAR (f), and a copy of the Notice shall be served on the parties named in paragraph 9 of the Verified Complaint on or before the 2ND day of SEPTEMBER, 1997.

3. That the beginning or further prosecution of any and all suits, actions or legal proceedings of any manner or description whatsoever against the Petitioner in respect to any claims arising out of or connected with the allision described in the Verified Complaint, the same having occurred on or about July 19, 1995, be and they are hereby stayed and restrained until the hearing and determination of this proceeding.

4. That the service of this Order as an Injunction or Restraining Order may be made within this District in the usual manner, and in any other District by the United States Marshall for such District by delivering a certified copy of this Order to the person or persons to be enjoined or restrained or to their respective attorneys.

United States District Judge

I hereby attest and certify on 8-5-97 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

FRANK L. MONGE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

By ________ Deputy