IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BAY RUNNER RENTALS, INC., *et al.*   *

    Plaintiffs   *

v.   *   Civil No. WMN-97-2399

SAMANTHA KEMPTON, *et al.*   *

    Defendants   *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Upon due consideration of the Motion for Release of Funds from Registry of Court filed by FERGUSON, SCHETELICH & BALLEW, P.A., on behalf of TIG Insurance Company, insurer for Plaintiff Bay Runner Rentals, Inc., and any opposition thereto, it is, this _____ day of _____, 2007,

**ORDERED** that the sum of Three Thousand Dollars ($3,000) deposited by Plaintiff Bay Runner Rentals, Inc. with the Court be and hereby **RELEASED** to Plaintiff's insurer, TIG Insurance Company.

_____
Judge

cc:   Peter J. Basile, Esquire
      G. Macy Nelson, Esquire
      H. Allen Black, III, Esquire
      Peter L. Korn, Esquire